**19754. WRIGHT et al. v. FIRST NATIONAL BANK OF BRUNSWICK, Trustee, et al.**

HAWKINS, Justice. This case is controlled by *Rockefeller* v. *First National Bank of Brunswick*, ante. The trial court did not err in overruling the demurrers.

*Judgment affirmed. All the Justices concur, except Duckworth, C. J., who dissents.*

ARGUED JULY 8, 1957—DECIDED SEPTEMBER 6, 1957—REHEARING DENIED OCTOBER 11, 1957.

*Powell, Goldstein, Frazer & Murphy, Shouse & Barker, Edward E. Dorsey,* for plaintiffs in error.

*Bouhan, Lawrence, Williams & Levy, Robert W. Harrison, Jr., Gowen, Conyers, Fendig & Dickey, Wm. B. Watson, Jr., Spencer*

*Connerat, Malcolm Maclean, Hugh Dorsey, Jones, Williams, Dorsey & Kane, Powell, Goldstein, Frazer & Murphy, Edward E. Dorsey, Reese, Bennett & Gilbert, Shearman, Sterling & Wright,* contra.